# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

DSI ASSIGNMENTS LLC
*Plaintiff*

v.

AMERICAN ROAD PRODUCTS, INC., ET AL.
*Defendant*

Civil Action No.: 1:17-CV-11963-FDS

A TRUE COPY ATTEST
DAVID D. AYLES, PROCESS SERVER
AND DISINTERESTED PERSON

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   American Road Products, Inc.
85 Flagship Drive, Suite F
North Andover, MA 01845

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ——— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ——— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT M. FARRELL
*CLERK OF COURT*

/s/ — Matthew McKillop
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2017-10-12 11:36:26.0, Clerk USDC DMA

Case 1:17-cv-11963-FDS   Document 8   Filed 10/12/17   Page 2 of 2

Civil Action No.: 1:17-CV-11963-FDS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __AMERICAN ROAD PRODUCTS, INC.__
was received by me on (date) __10/12/17__.  __85 FLAGSHIP DRIVE, SUITE F
N. ANDOVER, MA__

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) __ELLEN DELUCA - CFO__, who is
designated by law to accept service of process on behalf of (name of organization) __AMERICAN ROAD PRODUCTS, INC.__
_____ on (date) __10/13/17__ ; or
                                                        __2:30 AM__

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

__10/13/17__
Date

_(signature)_
Server's Signature

__MICHAEL STEELE   PROCESS SERVER__
Printed name and title

__PO BOX 869103__
__MILTON, MA  02186__
Server's Address

Additional information regarding attempted service, etc: