UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DSI ASSIGNMENTS, LLC, SOLELY AS ASSIGNEE FOR THE BENEFIT OF CREDITORS OF PEARL AUTOMATION INC., <br> Plaintiff, <br> v. <br><br> AMERICAN ROAD PRODUCTS, INC., INSTALLERNET, INC.; ANTHONY FRANGIOSA; STEPHEN WITT; Does 1-50, <br> Defendants. | Civil Action No. 1:17-cv-11963 |

## REQUEST FOR ENTRY OF DEFAULT OF
## ANTHONY FRANGIOSA

Plaintiff DSI Assignments, LLC, Solely as Assignee for the Benefit of Creditors of Pearl Automation Inc. ("DSI"), hereby requests, pursuant to Fed. R. Civ. P. 55(a), that the Clerk enter the default of defendant Anthony Frangiosa ("Frangiosa"). In support of this request motion, DSI states as follows:

1. On October 11, 2017, DSI filed the Complaint against Defendant Frangiosa, and others, with this Court.

2. Service on Frangiosa was made on October 13, 2017 by Michael Steele, Process Server, as indicated in the Proof of Service filed with this Court on October 19, 2017. [Docket No. 11.]

3. Defendant Frangiosa has failed to file an Answer to the Complaint or to otherwise defend in the above-captioned action.

4. The time to file a responsive pleading has expired. [Docket No. 11].

WHEREFORE, Plaintiff DSI Assignments, LLC, Solely as Assignee for the Benefit of Creditors of Pearl Automation Inc. requests that the Court enter the default of Defendant Anthony Frangiosa in this action.

DSI ASSIGNMENTS, LLC, SOLELY AS ASSIGNEE FOR THE BENEFIT OF CREDITORS OF PEARL AUTOMATION INC.,

By its attorneys,

/s/ Michael P. Connolly
Michael P. Connolly (BBO #637642)
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
Phone: (617) 457-4000
Fax: (617) 382-4868
mconnolly@murthalaw.com

Dated: November 6, 2017