

# Invoice

100 Enterprise Way, Suite A-101
Scotts Valley, CA 95066
United States

| | |
|---|---|
| **Date** | 7/28/2017 |
| **Invoice #** | INV-10926 |
| **Terms** | Due on receipt |
| **Due Date** | 7/28/2017 |
| **PO #** | A1000 |
| **Sales Rep** | |
| **Ship Via** | |
| **Ship Date** | 7/27/2017 |
| **Tracking #** | |
| **FOB** | |
| **Project** | |

**Bill To**
American Road Products c/o Install...
85 Flagship Drive
Suite F
North Andover MA 01845
United States

**Ship To**
American Road Products c/o Install...
85 Flagship Drive
Suite F
North Andover MA 01845
United States

| Item | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|
| Pearl RearVision | 3 | PRVC100US - shipped from IMM | 150.00 | 450.00 |
| Pearl Phone Mount | 26 | PMNT100US - shipped from IMM | 5.00 | 130.00 |

Please refer to Wire instructions, which are attached
30% of the total to be paid directly to designated payee upon confirmation that the above product
has been shipped.

**Total** $580.00