UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DSI ASSIGNMENTS, LLC, SOLELY AS ASSIGNEE FOR THE BENEFIT OF CREDITORS OF PEARL AUTOMATION INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:17-cv-11963 |
| v. | ) ) | |
| AMERICAN ROAD PRODUCTS, INC., et al., | ) ) | |
| Defendants. | ) ) | |

## MOTION TO DISMISS COUNTERCLAIMS

Plaintiff DSI Assignments, LLC, Solely as Assignee for the Benefit of Creditors of Pearl Automation Inc. ("DSI") requests that this Court dismiss the counterclaims filed by American Road Products, Inc. ("ARP").[1]  ARP does not allege any actionable conduct by DSI in its own name.  Instead, all of ARP's counterclaims are based on Pearl's alleged breaches of the Purchase Order.  ARP cannot recover against DSI, as assignee, for Pearl's alleged breaches or other misconduct.  As assignee for the benefit of Pearl's creditors, DSI's sole responsibility is to marshal and liquidate Pearl's assets for distribution to Pearl's creditors.  Pearl's assignment of all of its right, title and interest in its assets to DSI did not impose any obligation on DSI to fulfill, or to become liable for, any of Pearl's contractual duties to third parties such as ARP.  ARP therefore has not stated any claims against DSI, as Pearl's assignee, upon which relief can be granted.

---

[1] Defendants Installernet, Inc. and Anthony Frangiosa are not named as plaintiffs-in-counterclaim with respect to ARP's counterclaims.  To the extent they attempt to recover on the counterclaims in their own names at any later point, they would be barred from recovery for the same reasons that prevent any recovery by ARP.

WHEREFORE, the Plaintiff, DSI Assignments, LLC, Solely as Assignee for the Benefit

of Creditors of Pearl Automation Inc. requests that the Court dismiss ARP's Counterclaims in

their entirety pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state any claim upon which relief

can be granted.

Respectfully submitted,

DSI ASSIGNMENTS, LLC, SOLELY
AS ASSIGNEE FOR THE BENEFIT
OF CREDITORS OF PEARL
AUTOMATION INC.

By its attorneys,

/s/ Michael P. Connolly
Michael P. Connolly (BBO #637642)
Anthony R. Leone (BBO #681760)
MURTHA CULLINA LLP
99 High Street, 20th Floor
Boston, MA 02110
Tel:  (617) 457-4000
Fax:  (617) 382-4868
mconnolly@murthalaw.com
aleone@murthalaw.com

Dated: July 6, 2018

## LOCAL RULE 7.1 CERTIFICATION

In accordance with Local Rule 7.1, I hereby certify that counsel for DSI Assignments, LLC, Solely as Assignee for the Benefit of Creditors of Pearl Automation Inc. has conferred with counsel to Defendants before filing this motion in an attempt to resolve or narrow the issues contained therein.

/s/ Michael P. Connolly
Michael P. Connolly


## CERTIFICATE OF SERVICE

I, Michael P. Connolly, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 6, 2018.

/s/ Michael P. Connolly
Michael P. Connolly