# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

|   |   |
|---|---|
| **DSI Assignments LLC.** | ) |
|   | ) |
| **Plaintiffs,** | ) |
|   | ) |
| v. | )  Civil Action No. |
|   | )  1:17-cv-11963-FDS |
| **American Road Products, Inc. et al** | ) |
| **Defendant.** | ) |

_____)

## SETTLEMENT ORDER OF DISMISSAL

**Saylor, U.S.D.J**

The Court has been advised by the parties report that this action has settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

By the Court,

/s/ Taylor Halley
Deputy Clerk

November 20 , 2018